# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4649
_____

ALLEN JAMES HOWARD, JR. and
GEORGIA INEZ HOWARD,

     Appellants,

     v.

CARLA ALGER, et al.,

     Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

March 18, 2019

PER CURIAM.

Pursuant to the notice of settlement and request for remand, the final judgment is quashed, and the cause is remanded for further proceedings on the issue of attorney's fees.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mitch Dever, Panama City Beach, for Appellants.

No appearance for Appellee.